UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENDOLL K. NALAN,<br><br>Plaintiff,<br><br>v.<br><br>ACCESS FINANCE, INC.,<br><br>Defendant. | Case No. 5:20-cv-02785-EJD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 53 |

The parties, having filed a Notice of Settlement on **December 4, 2020** (See Docket Item No. 53), are ordered to appear before the Honorable Edward J. Davila on **February 25, 2021 at 10:00 AM** to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **February 11, 2021,** the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **February 11, 2021.**

All other pretrial deadlines and hearing dates are STAYED.

Failure to comply with any part of the Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: December 4, 2020

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-02785-EJD
ORDER TO SHOW CAUSE RE SETTLEMENT
1